STEVEN W. MHYRE
Acting United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *Mark.Woolf@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-02437-KJD-NJK |
| Plaintiff, | |
| v. | **UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME** |
| STEPHEN D. INGERSON, | (Second Request) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6-1, the United States files this unopposed motion to extend time for Defendant Stephen D. Ingerson ("Ingerson") to file a responsive pleading in this matter. This is the second request for an extension of time.

On January 25, 2017, the Court granted the United States' prior unopposed motion (ECF No. 6) for a 90-day extension to allow for the parties to conduct good faith settlement discussions. The parties have reached a tentative agreement on resolution of this matter, but need additional time to finalize the agreement. The parties believe an additional 90-days, measured from the current deadline, should be sufficient and, therefore, respectfully request that the deadline for Ingerson to file a responsive pleading be moved to **Monday, July 17, 2017**.[1] Defendant Ingerson has indicated his non-opposition to this request.

///

///

---

[1] Because the 90th day would fall on a Sunday, it has been extended to the next business day.

1

This request is not made for purposes of delay, but is based on the parties desire to resolve this matter short of continued costly and time-consuming litigation.

Dated this 16th day of May, 2017.

           STEVEN W. MHYRE
           Acting United States Attorney

           */s/ Mark E. Woolf*
           MARK E. WOOLF
           Assistant United States Attorney

           IT IS SO ORDERED:

           _____
           Nancy J. Koppe
           United States Magistrate Judge

           Dated: May 17, 2017